# Dayton Daily News

AFFIDAVIT OF PUBLICATION

P.O. Box 643157

Cincinnati, OH 45264-3157

937-225-7367

STATE OF OHIO

TIM LILE AUCTIONEER

C/O ACCOUNTS PAYABLE

DAYTON, OH 45459

**LEGAL NOTICE**
**Real Estate Auction**
By Order Of
United States District Court
Southern District of Ohio
Case No.: 3:08 CV304
United States of America, Plaintiff, v.
Harold W. Wampler, III,
as Executor of the Estate of
Harold W. Wampler, Jr., et al., Defendants
**Auction Date & Time:**
Tuesday, Dec. 3rd @10:30am
**Auction Location:**
31 Prestige Plaza, Miamisburg, Ohio 45432
**Subject Property:**
**22 Parcels totaling 261.39+/- Acres**
Tracts from .0689 acres to 63.724 acres
with various zoning in Trotwood,
Clayton & Harrison Township, Ohio.
**Terms:**
Tracts offered separately and in any
combination via multi-par auction method
Subject to 80% of appraised values.
10% of minimum bids required on auction day
by certified funds payable to: Clerk of the
United
States District Court, Southern District of Ohio
with balance due within 45 days of auction.
As-Is, no contingencies. Clear Deeds.
**For legal descriptions, maps and
minimum bid requirements go to:**
www.OhioSheriffSales.com
or call
Tim Lile, CAI
Court Appointed Auctioneer
**(937)689-1846**
16513257 11-10, 11-17, 11-24, 12-1/2013

Signed [signature]

Sworn or affirmed to, and subscribed before me, this 12/5/2013. In Testimony Whereof, I have hereunto set my hand and affixed my official seal, the day and year aforesaid.

## Notary Public
*Monica Brackman*

Before me, the undersigned, a Notary public in and for said County, personally came Lorna Foer who being first duly sworn says he/she is the Legal Advertising Agent of the Dayton Daily News, which he/she says is a newspaper of general circulation in Montgomery, Clark, Warren, Butler, Clinton, Greene, Preble, Miami, Darke, Mercer, Shelby, Fayette, Logan, Hamilton, Clermont, Auglaize, and Champaign Counties, and State of Ohio, and he/she further says that the Legal Advertisement, a copy of which is hereunto attached, has been published in the said Dayton Daily News 34 Lines, 4 Time(s), last day of publication being 12/1/2013, and he/she further says that the bona fide daily paid circulation of the said Dayton Daily News was over (25000) at the time the said advertisement was published, and that the price charged for same does not exceed the rates charged on annual contract for the like amount of space to other advertisers in the general display advertising columns.



MONICA BRACKMAN, Notary Public
In and for the State of Ohio
My Commission Expires September 30, 2014

| | |
|---|---:|
| Invoice No. | 16513257 |
| Ad Cost | $465.00 |
| Paid | $0.00 |
| Due | $465.00 |

**Government Exhibit**
1A