IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.       Case No. 3:08cv304

HAROLD W. WAMPLER, III, as Executor     JUDGE WALTER H. RICE
Of the Estate of Harold W. Wampler, Jr., *et al.*, :

    Defendants.

---

ENTRY DIRECTING COUNSEL TO NOTIFY COURT WITHIN FOURTY-EIGHT HOURS OF RECEIPT AS TO WHETHER THERE IS OPPOSITION TO THE MOTION OF THE UNITED STATES TO AMEND ORDER OF SALE AND APPOINTING RECEIVER (DOC. #65)

---

This court has reviewed the Motion of the United States to amend order of sale and appointing receiver (Doc. #65). While it does not appear that opposing counsel would have any objection to the aforementioned, nor is such stated in the Government's Motion.

Accordingly, it is the request of this Court that counsel of record for the Defendants notify this Court, within forty-eight hours of this posting, whether they object to the Government's Motion. If a given party has no objection, there is no need to respond to this Court's Entry.

*(signature)*

---
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record